# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-2672

_____

| | | |
|---|---|---|
| The Education Resources Institute, Inc., | * | |
| | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| Daniel A. Dettlaff, | * | |
| | * | **[UNPUBLISHED]** |
| Appellant. | * | |

_____

Submitted: January 6, 2003
Filed: January 15, 2003

_____

Before LOKEN, BYE, and RILEY, Circuit Judges.

_____

PER CURIAM.

Daniel Dettlaff appeals the district court's[1] order granting summary judgment to The Education Resources Institute, Inc. (TERI), and dismissing his counterclaim, in TERI's action for repayment of a defaulted student loan. After careful de novo review of the record, see Rabushka v. Crane Co., 122 F.3d 559, 562 (8th Cir. 1997), cert. denied, 523 U.S. 1040 (1998), we find no basis for reversal.

_____

[1]The Honorable James M. Rosenbaum, Chief Judge, United States District Court for the District of Minnesota.

Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.